# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA CARVAJAL,<br><br>   Plaintiff(s),<br><br>v.<br><br>CARDENAS MARKETS, LLC,<br><br>   Defendant(s). | Case No. 2:23-cv-01207-JAD-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is a proposed discovery plan. Docket No. 8. The discovery plan does not include a deadline for initial disclosures, *but see* Fed. R. Civ. P. 26(f)(3)(A) (discovery plans must include "a statement of when initial disclosures were made or will be made"), so the parties must file a notice of corrected image with that information by September 15, 2023.

In addition, the Court **SETS** a scheduling conference for 1:00 p.m. on September 20, 2023, in Courtroom 3C.

IT IS SO ORDERED.

Dated: September 12, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1