

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Laura Carvajal, an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>Cardenas Markets, LLC, a foreign limited-liability company; Does I through X; and Roe Corporations I through X, inclusive,<br><br>    Defendant. | Case No.: 2:23-cv-1207<br><br>**Stipulation and Order to Continue Discovery Deadlines**<br><br>**(Third Request)** |

   Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules IA 6-1, 7-1 and 26-3, the parties hereby submit the following Stipulation and Order to Continue Discovery Deadlines (Third Request) to extend the discovery deadlines and all related case management deadlines, as set forth the order granting the parties' discovery plan (ECF No. 21) for 30 days.

### I.  Discovery Completed to Date

  **a.** Plaintiff's Written Disclosures of Witnesses and Documents;

  **b.** Defendant's Written Disclosures of Witnesses and Documents;

  **c.** Written Discovery (Request for Production of Documents and Written Interrogatories) to Plaintiff;

  **d.** Written Discovery (Request for Production of Documents and Written Interrogatories) to Defendants.

     **e.**  Disclosure of Expert Witnesses

     **f.**  Deposition of witness Mercedez Hernandez

     **g.**  Deposition of witness Clara Leonardo

**II.**   **Discovery Remaining**

     **a.**  Deposition of Plaintiff (to be scheduled)

     **b.**  Deposition of 30(b)(6) Witness (currently set for July 18, 2024)

     **c.**  Deposition of Plaintiff's Experts (John Peterson, Dr. Raymundo Leon, Dr. John Baldauf – to be scheduled)

     **d.**  Deposition of Defendant's Experts (Rebecca Czarnik, Dr. David Fish, Dr. Mary Ann Shannon)

**III.**   **Reasons for Requested Extension**

     The parties request a short 60-day extension. Discovery originally opened on September 15, 2023 (ECF No. 10) and the parties would still finish the discovery in under a year with this extension. The reason for the request is a practical one, because the parties did not want to take the remaining five depositions until expert discovery had closed and the attorneys' schedules does not have very many available dates in the month remaining. There are eight depositions remaining – Plaintiff, Cardenas 30(b)(6), Dr. Raymundo Leon, Dr. John Baldauf and John Peterson. The 30(b)(6) is set for July 18, 2024. Defendant wanted the benefit of all of the expert reports before taking Plaintiff, and the three other experts for Plaintiff. Plaintiff would also like the deposition of the three defendant experts. Defense counsel has one older matter (A-22-854348) with fifteen depositions this month that make scheduling all of these depositions difficult. Thus the parties request a reasonable short 30-day extension.

**IV.**   **Current Dates and Requested Extensions**

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Date to Add Parties or Amend Complaint | CLOSED | CLOSED |
| Last Date to Disclose Initial Expert Witnesses | CLOSED | CLOSED |
| Last Date to Disclose Rebuttal Expert Witnesses | CLOSED | CLOSED |

285417981v.2

| Close of Discovery | July 29, 2024 | September 27, 2024 |
| Dipositive Motions | August 26, 2024 | October 25, 2024 |
| Pre-Trial Order, if no dispositive motions | September 23, 2024 | November 22, 2024 |

| | |
|---|---|
| **WILSON** ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Jonathan C. Pattillo, Esq.<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, Inc.; Lamanza, LLC | MAIER GUTIERREZ & ASSOCIATES<br><br>/s/ Stephen G. Clough, Esq.<br>Joseph A. Gutierrez, Esq.<br>Nevada Bar No. 9046<br>Stephen G. Clough, Esq.<br>Nevada Bar No. 10549<br>Attorneys for Plaintiff |
| | |

## ORDER

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

Dated:  July 9, 2024

_____
UNITED STATES MAGISTRATE JUDGE

285417981v.2