# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA CARVAJAL,<br>    Plaintiff(s),<br>v.<br>CARDENAS MARKETS, LLC,<br>    Defendant(s). | Case No. 2:23-cv-01207-JAD-NJK<br><br>**ORDER** |

On June 20, 2025, a notice of settlement was filed. Docket No. 35. Dismissal papers must be filed by August 20, 2025.

IT IS SO ORDERED.

Dated: July 28, 2025

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge