

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Carvajal, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC, a foreign limited-liability company; Does I through X; and Roe Corporations I through X, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-1207 -JAD-NJK<br><br>**Stipulation and Order of Dismissal with Prejudice**<br><br>ECF No. 38 |

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

                                MAIER GUTIERREZ & ASSOCIATES

*/s/ Jonathan C. Pattillo, Esq.*                */s/ Joseph A. Gutierrez, Esq.*
Michael P. Lowry, Esq.                          Joseph A. Gutierrez,
Nevada Bar No. 10666                            Esq. Nevada Bar No.
Jonathan C. Pattillo, Esq.                      9046 Stephen G. Clough,
Nevada Bar No. 13929                            Esq. Nevada Bar No.
Attorneys for Cardenas Markets, Inc.;           10549 Attorneys for
Lamanza, LLC                                    Plaintiff

Based on the parties' stipulation [ECF No. 28] and good cause appearing, IT IS ORDERED THAT **this case is DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

                                                            UNITED STATES DISTRICT COURT JUDGE
                                                            7/31/25

298858789v.1